IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01657-REB-CBS

SHAWN BALBAS SOUVA,

    Applicant,

v.

PAMELA J. PLOUGHE, Warden of Territorial Facility, and
COLORADO ATTORNEY GENERAL,

    Respondents.

# ORDER

**Blackburn, J.**

This matter comes before me on applicant's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#1] filed July 13, 2009. Respondents filed their **Answer to Application for Writ of Habeas Corpus** [#26] on February 22, 2010. Pursuant to Rule 5(e) of the Rules Governing Section 2254 Cases in the United States District Courts, "[t]he petitioner may submit a reply to the respondent's answer . . . within a time fixed by the judge." This order is issued to set that deadline.

**THEREFORE IT IS ORDERED** that by **March 22, 2010**, applicant **MAY FILE** a reply to respondents' **Answer to Application for Writ of Habeas Corpus** [#26] filed February 22, 2010.

Dated March 3, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge