IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01657-REB

SHAWN BALBAS SOUVA,

    Applicant,

v.

PAMELA J. PLOUGHE, Warden of Territorial Facility, and
COLORADO ATTORNEY GENERAL,

    Respondents.

---

**ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS**

---

    It is ORDERED that the Clerk of the Court for the District Court of Adams County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Shawn Balbas Souva***, Adams County District Court, **Case No. 01CR71**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23, 2010.**

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Adams County District Court, by facsimile to (303) 654-3216 and by regular mail to Clerk of the Court, Adams County District Court, 1100 Judicial Center Drive, Brighton, CO 80601.

    DATED at Denver, Colorado, July 23, 2010.

                                      BY THE COURT:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge